**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>CAROL BEATSON<br><br><br>Debtor | Chapter 13<br><br>Case No. 19-11359-KHK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed May 8, 2019. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility:**
1. Step payments from $200.00/mo. to $450.00/mo. in month 19 and then $450.00/mo. to $795.00/mo. in month 37 are highly unrealistic.
2. 100% Plan is underfunded as follows:

| **PERFORMANCE** | Amount of Plan Payment | 200.00 x 18 | |
| | | 450.00 x 18 | |
| | | 795.00 x 24 | |
| | Number of Months | 60 | |
| | **Total Receipts** | | 30,780.00 |
| | **Disbursements Required** | | |
| | Trustee | 3,162.20 | 10.00% |
| | Attorney | 2,500.00 | |
| | Taxes/Other Priority | 0.00 | |
| | Secured | 23,000.00 | |
| | Unsecured | 6,122.00 | |
| | Other | | |
| | **Total Disbursements** | | 34,784.20 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice of Objection To Confirmation**
Carol Beatson, Case # 19-11359-KHK

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on July 18, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _June 21, 2019_____                    __/s/Thomas P. Gorman _____
                                              Thomas P. Gorman
                                              Chapter 13 Trustee
                                              300 N. Washington Street, #400
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB 26421

**Notice of Objection To Confirmation**
Carol Beatson, Case # 19-11359-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of June, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Carol Beatson | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 1663 Parkcrest Circle | Fisher-Sandler, LLC. |
| #101 | 3977 Chain Bridge Rd. #2 |
| Reston, VA 20190 | Fairfax, VA 22030 |

                        __/s/ Thomas P. Gorman_____
                        Thomas P. Gorman